UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



F I L E D
JUN 1 8 2014
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    CIVIL ACTION NO.: 14-10800

PRAISE WORTHY,

    HONORABLE: John Corbett O'Meara

    Defendant,

_____/

## ORDER GRANTING IN PART MOTION TO EXTEND TIME FOR SERVICE

**THIS MATTER** having been brought before this Court by the Motion to Extend Time for Service filed by the Plaintiff; and the Court having found pursuant to FRCP 5 (m), this Court may extend the time for service upon good cause shown; and Plaintiff having shown good cause to extend the time for service in this matter;

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time For Service is GRANTED IN PART. Plaintiff shall have <u>90</u> days from the date of this Order to effectuate service upon Defendant.

Date: June 18, 2014

John Corbett O'Meara
United States District Judge