UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff(s),

v.	Case No. 5:14-cv-10800-JCO-RSW
	Hon. John Corbett OMeara

Praise Worthy,

                Defendant(s),

## ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 1/5/2015, why the above-entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

            s/John Corbett O'Meara
            John Corbett O'Meara
            U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

            By: s/W. Barkholz
                Case Manager

Dated:   December 22, 2014